# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Shoreline Foundation, Inc. ) ASBCA No. 61753
)
Under Contract No. W9126G-16-C-0045 )

APPEARANCE FOR THE APPELLANT: Edward J. Laperouse II, Esq.
   Laperouse, APLC
   Baton Rouge, LA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
  Clark Bartee, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Galveston

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 23, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61753, Appeal of Shoreline Foundation, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals